```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA            :
                                    :   SUPERSEDING
         - v. -                     :   INDICTMENT
                                    :
ROBERT LEMKE,                       :   S2 21 Cr. 100 (AKH)
                                    :
                  Defendant.        :
                                    :
- - - - - - - - - - - - - - - - - - - x
```

## COUNT ONE
### (Threatening Interstate Communications)

The Grand Jury charges:

1. On or about November 22, 2020, in the Southern District of New York and elsewhere, ROBERT LEMKE, the defendant, knowingly and intentionally transmitted in interstate and foreign commerce a communication containing a threat to kidnap a person and injure the person of another, to wit, LEMKE sent electronic and voice messages to a New York City-based journalist ("Victim-1") threatening to cause physical harm to Victim-1 and Victim-1's family as a result of statements made by Victim-1 relating to the outcome of the 2020 U.S. presidential election.

(Title 18, United States Code, Sections 875(c) and 2.)

## COUNT TWO
**(Threatening Interstate Communications)**

The Grand Jury further charges:

2.  On or about November 29, 2020, in the Southern District of New York and elsewhere, ROBERT LEMKE, the defendant, knowingly and intentionally transmitted in interstate and foreign commerce a communication containing a threat to kidnap a person and injure the person of another, to wit, LEMKE sent electronic and voice messages to a New York City-based journalist ("Victim-2") threatening to cause physical harm to Victim-2 and Victim-2's family as a result of statements made by Victim-2 relating to the outcome of the 2020 U.S. presidential election.

(Title 18, United States Code, Sections 875(c) and 2.)

## COUNT THREE
**(Threatening Interstate Communications)**

The Grand Jury further charges:

3.  On or about January 6, 2021, in the Southern District of New York and elsewhere, ROBERT LEMKE, the defendant, knowingly and intentionally transmitted in interstate and foreign commerce a communication containing a threat to kidnap a person and injure the person of another, to wit, shortly after the attack on the United States Capitol in Washington, D.C., LEMKE sent electronic messages to a New York City-based family member ("Victim-3") of a journalist (the "Journalist") threatening to cause physical harm to Victim-3 and Victim-3's family as a result

of statements made by the Journalist relating to the outcome of the 2020 U.S. presidential election.

(Title 18, United States Code, Sections 875(c) and 2.)

_____  
FOREPERSON

_____  
AUDREY STRAUSS  
United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

ROBERT LEMKE,

                Defendant.

### SUPERSEDING INDICTMENT

S2 21 Cr. 100 (AKH)

(18 U.S.C. §§ 875(c) & 2.)

AUDREY STRAUSS
United States Attorney

*Foreperson.*

07/21/21
(CA)

Superseding Indictment Filed

KH PARKER
USMJ